UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE LINDA SUE CATRON**, <br><br> Appellant. | Case No.: 15-cv-05733-YGR <br><br> **ORDER VACATING BRIEFING SCHEDULE** <br><br> Re: Dkt. Nos. 4, 15 |

On January 6, 2016, Appellant Linda Sue Catron filed a request for extension of thirty (30) days to file her opening brief.  Having considered the request, and in light of the Trustee's pending motion to dismiss the notice of appeal (Dkt. No. 4), the Court hereby **VACATES** the operative briefing schedule (Dkt. No. 13).

Appellant need not file her opening brief unless and until the Court denies the Trustee's motion to dismiss.  The Court shall set a new briefing schedule if the Trustee's motion is denied and the appeal proceeds.

**IT IS SO ORDERED.**

This Order terminates Docket Number 15.

Dated:  January 12, 2016

_____

**YVONNE GONZALEZ ROGERS**

**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California