UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE LINDA SUE CATRON**, <br><br> Appellant. | Case No.: 15-cv-05733-YGR <br><br> **JUDGMENT** |

The Court having granted the Motion to Dismiss of Respondent, it is hereby **ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Respondent and against Appellant.

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**